REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-
MAY 24 2023
At_____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Cause No. 1:23-CR-33 |
| | ) | Violation: |
| | ) | 18 U.S.C. §§ 922(a)(1)(A), 923(a) |
| | ) | and 924(a)(1)(D) and 18 U.S.C. § 2; |
| DUSTY L. GUY III | ) | 18 U.S.C. § 924(a)(1)(A) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

Beginning on or about June 3, 2022, and continuing through on or about March 21, 2023, in the Northern District of Indiana,

DUSTY L. GUY III,

defendant herein, not being a licensed dealer and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully aid persons known and unknown to the grand jury to engage in the business of manufacturing and dealing firearms;

All in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) and 18 U.S.C. § 2

THE GRAND JURY FURTHER CHARGES:

## COUNTS 2 - 10

Beginning on or about August 8, 2022, and continuing until on or about February 24, 2023, in the Northern District of Indiana,

DUSTY L. GUY III,

defendant herein, did knowingly make a false statement and representation to Bell Armor, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Bell Armor, in that in connection with the purchase of a firearm, the defendant did complete and execute an ATF Form 4473, causing a false statement and representation to be made on the Firearms Transaction Record by answering "yes" to the question: "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s)," and answering "no" to the question: "Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance," knowing that information to be false, in the following manner:

Count 2: August 8, 2022, during the purchase and transfer of a Tippman Armory TG-900;

Count 3: August 17, 2022, during the purchase and transfer of three Aero Precision builder sets with lower receivers;

Count 4: August 23, 2022, during the purchase and transfer of an Aero Precision complete lower receiver;

Count 5: October 4, 2022, during the purchase and transfer of eight Aero Precision lower receivers and one Aero Precision complete lower receiver;

Count 6: November 9, 2022, during the purchase and transfer of two Pro2a Tactical PRO-B45 lower receivers;

Count 7: November 18, 2022, during the purchase and transfer of four Aero Precision lower receivers;

Count 8: December 1, 2022, during the purchase and transfer of two Angstadt Arms lower receivers;

Count 9: December 8, 2022, during the purchase and transfer of nine Aero Precision lower receivers;

Count 10: February 24, 2023, during the purchase and transfer of a Ruger 57 Pro handgun, a Kalashnikov rifle, and a Century Arms rifle;

All in violation of 18 U.S.C. § 924(a)(1)(A).


A TRUE BILL

*/s/ Foreperson*
Foreperson


CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

*/s/ Stacey R. Speith*
By:   Stacey R. Speith
      Assistant United States Attorney